In re SNOOK et al. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) In the matter of the application of John Augustus Snook and others, as executors, etc., for a peremptory writ of mandamus directed to Hon. James C. Church, Surrogate. No opinion. Motion for reargument denied.

---

In re SOUTH SHORE NATURAL GAS & FUEL CO. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) In the matter of the application of the South Shore Natural Gas & Fuel Company to lay and maintain its pipes in, upon, along, and across certain highways in the town of Sheridan, N. Y.

PER CURIAM. Order granted; the time and manner of laying the pipes to be designated in the order, and the petitioner to give adequate security indemnifying the town of Sheridan from any damages which may result from the performance of the work, and also security for its compliance with its agreement made in pursuance of this order. The form of the order to be settled by and before SPRING, J., upon five days' notice.

SPAULDING, Appellant, v. MYERS, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Elmer L. Spaulding against James T. Myers. No opinion. Judgment and order unanimously affirmed, with costs.

---

SPIEGELMAN, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1904.) Action by Samuel Spiegelman against the Union Railway Company of New York City. No opinion. Order resettled, so as to award but $10 costs on the dismissal of the appeal.

---

SPRAGUE, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Action by Hettie Eliza Sprague against the Interborough Rapid Transit Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

STAIGER, Respondent, v. SOHT et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Christopher Staiger against Peter Soht and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOOKER, J., dissents.

---

STEINAU et al., Appellants, v. WORTHINGTON et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Henrietta Steinau and others against Joseph E. Worthington and others. T. F. Donnelly, for appellants. H. O. Powell, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

STEVER, Appellant, v. COOKINGHAM, Respondent. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Wallace Stever against George Cookingham. No opinion. Judgment unanimously affirmed, with costs.

---

In re STILES. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) In the matter of the charges preferred against Esmond Stiles, an attorney and counselor at law. No opinion. Report of the referee confirmed, and charges of deceit and malpractice sustained, and said Esmond Stiles removed from the office of attorney and counselor at law.

---

STOTT, Respondent, v. DARBEE, Appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1904.) Action by Mary Stott against Cleveland Darbee, as executor, etc. No opinion. Judgment unanimously affirmed, with costs.